| AO-10 (WP)<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111) |

| 1. **Person Reporting** *(Last name, first, middle initial)*<br><br>BRAMLETTE, III, DAVID C. | 2. **Court or Organization**<br><br>U. S. DISTRICT COURT<br>SOUTHERN DISTRICT OF MISSISSIPPI | 3. **Date of Report**<br>5/11/06 |
| 4. **Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>ARTICLE III<br>SENIOR STATUS | 5a. **Report Type** (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final<br>5b. ___ Amended Report | 6. **Reporting Period**<br>January 1, 2005 –<br>December 31, 2005 |
| 7. **Chambers or Office Address**<br><br>c/o Adams County Courthouse<br>115 S. Wall Street, Second Floor<br>Natchez, MS 39120 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ **NONE** (No reportable positions.) | |
| Trustee Emeritus | Mississippi Nature Conservancy |
| Member Board of Trustees | Natchez Literary Celebration |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ **NONE** (No reportable agreements.) | |
| | |
| | |

FINANCIAL DISCLOSURE OFFICE — RECEIVED 2006 MAY 17 A 11:

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ **NONE** (No reportable non-investment income.) | | |
| | | $ |
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ N/A **NONE** (No reportable non-investment income.) | | |
| | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| [X] NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| [X] NONE (No such reportable gifts.) | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- |
| [ ] NONE (No reportable liabilities.) | | |
| Britton & Koontz Bank | Real Estate Loan | K |
| Britton & Koontz Bank | Vehicle | K |
| Britton & Koontz Bank | Real Estate Loan | K |
| Britton & Koontz Bank | Real Estate Loan | N |
| United Mississippi Bank | Real Estate Loan | M |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, III, DAVID C. | 5/11/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 SEE ADDENDUM CONSISTING OF FOURTEEN (14) PAGES ATTACHED HERETO | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000, 01-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BRAMLETTE, III, DAVID C. | 5/11/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date _May 11, 2006_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | If not exempt from disclosure | | |
| | | | | | | | (3) | (4) | (5) |
| | Amt. 1 Code | Type | Value2 Code | Value Method3 | Type | Date | Value2 Code | Gain1 Code | Identity |
| 1.  50% interest in rental account-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 2.  50% interest in account, rental property-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 3.  25% interest in farm acct.-AmSouth Bank acct. | A | rent | J | T | | | | | |
| 4.  25% interest in estate account-inherited property AmSouth Bank acct. | E | rent | J | T | | | | | |
| 5.  25% int. in promissory note from sale of property in ████ ████ Wilkinson County, MS | D | note rec. | K | T | Note Paid | 1999 | | | Was not removed from Report at that time |
| 6.  Entergy | A | div. | K | T | | | | | |
| 7.  GW Utilities, Ltd. | B | div. | J | T | | | | | |
| 8. Hibernia Bank | A | div. | J | T | | | | | |
| 9. CSX | A | div. | J | T | | | | | |
| 10. Abitibi-Price, Inc. | A | div. | J | T | | | | | |
| 11. Highland Corp. | C | div. | J | T | | | | | |
| 12. Highpoint Corp. | A | div. | J | T | | | | | |
| 13. Nuveen Flagship Muni. Bond | A | int. | J | T | | | | | |
| 14. Washington Mutual Investors Trust | A | div. | K | T | | | | | |
| 15. First Colony Life | B | div. | K | T | | | | | |
| 16. Penn Mutual | A | div. | M | T | | | | | |
| 17. New York Life | A | div. | L | T | | | | | |
| 18. Equitable Life | A | div. | L | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A.<br>Description of Assets<br>(including trust assets) | B.<br>INCOME<br>during<br>reporting<br>period | | C.<br>GROSS VALUE<br>at end of<br>reporting<br>period | | D.<br>TRANSACTIONS<br>during<br>reporting<br>period | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | (2) | If not exempt from disclosure | | |
| | Amt. 1<br>Code | Type | Value2<br>Code | Value<br>Method3 | Type | Date | (3)<br>Value2<br>Code | (4)<br>Gain1<br>Code | (5)<br>Identity |
| 19. Southern Farm Bureau | A | div. | J | T | | | | | |
| 20. MERRILL LYNCH INVESTMENT ACCOUNT: | | | | | | | | | |
| STOCKS: | | | | | | | | | |
| AT&T New | A | div. | J | T | | | (Formerly SBC Communications Name change 11/21/05) | | |
| Advanced Micro Devices | A | div. | J | T | Buy | 12/2 | J | | |
| Anadarko Pete Corp. | A | div. | J | T | | | | | |
| Arkansas Power & Light | B | div. | J | T | | | | | |
| BMC Software, Inc. | A | div. | J | T | Buy | 9/19 | J | | |
| BankAmerica Corp. New Del | A | div. | J | T | | | | | |
| Baxter Interntl, Inc. | A | div. | J | T | Buy | 3/11 | J | | |
| Becton Dickinson | A | div. | | | Sold | 3/11 | J | | |
| BJ Services Co. | A | div. | J | T | Buy | 3/18 | J | | |
| BP Amoco PL | A | div. | J | T | | | | | |
| Burlington N Sante Fe | A | div. | J | T | | | | | |
| Caterpillar, Inc. | A | div. | J | T | | | | | |
| Chubb Corp. | A | div. | J | T | | | | | |
| CIGNA | A | div. | J | T | Buy | 5/24 | J | | |
| Coventry Health Care Inc. | A | div. | J | T | | | | | |
| CVS Corp. Delaware | A | div. | J | T | | | | | |
| D. R. Horton Co. | A | div. | J | T | Buy | 10/10 | J | | |
| Darden Restaurants Inc. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| | | | | | | | | If not exempt from disclosure | | |
| Deere & Co. | A | div. | J | T | | Buy | 10/29 | J | | |
| Dominion Res Inc VA New | A | div. | J | T | | Buy | 9/20 | J | | |
| | | | | | | Buy | 11/3 | J | | |
| Ericson LM Tel CL B ADR | A | div. | J | T | | Buy | 3/17 | J | | |
| | | | | | | Buy | 5/5 | J | | |
| First Data Corp. | A | div. | J | T | | Sold | 5/11 | J | | |
| First Energy Corp. | A | div. | J | T | | Buy | 8/3 | J | | |
| Fisher Scientific IN | A | div. | J | T | | Buy | 2/15 | J | | |
| | | | | | | Buy | 10/10 | J | | |
| Gannett Co. | A | div. | J | T | | Sold | 6/29 | J | | |
| General Dynamics Corp. | A | div. | | J | T | | | | | |
| General Electric | A | div. | | J | T | | | | | |
| Hewlett Packard Co. | A | div. | | J | T | | | | | |
| Home Depot | A | div. | | J | T | | | | | |
| Johnson & Johnson | A | div. | | J | T | | | | | |
| Keyspan Corp. | A | div. | | | | Sold | 11/1 | J | | |
| Kimberly Clark | A | div. | | J | T | | | | | |
| L-3 Communications HLDGS | A | div. | | J | T | Buy | 10/6 | J | | |
| | | | | | | Buy | 11/21 | J | | |
| Laboratory CP Amer Hldgs. | A | div. | | J | T | | | | | |
| MGIC Investment Corp. | A | div. | | J | T | Buy | 8/17 | J | | |
| Mattel, Inc. | A | div. | | | | Sold | 4/28 | J | | |
| McAfee, Inc. | A | div. | | J | T | Buy | 7/19 | J | | |
| Merrill Lynch & Co. | A | div. | | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| Nestle SA Rep RG SH ADR | A | div. | J | T | | | | | |
| NATL City Corp. | A | div. | | | Sold | 9/1 | J | | |
| Norfolk Southern Corp. | A | div. | J | T | | | | | |
| Nova Chemicals | A | div. | J | T | Buy Sold | 3/21 4/28 | J J | | |
| Nucor Corp. | A | div. | J | T | | | | | |
| OMNICOM Group Com | A | div. | J | T | Sold | 8/29 | J | | |
| PPG Industries, Inc. | A | div. | J | T | Buy Sold | 2/7 7/19 | J J | | |
| Pall Corp. PV | A | div. | | | Sold | 3/11 | J | | |
| Patterson UTI Energy Inc. | A | div. | J | T | | | | | |
| Pfizer | A | div. | J | T | | | | | |
| Plum Creek Timber Co. - REIT | A | div. | J | T | Buy | 10/5 | J | | |
| PNC FINCL Service Group | A | div. | J | T | | | | | |
| Praxair, Inc. | A | div. | J | T | Buy | 1/31 | J | | |
| Proctor Gamble | A | div. | J | T | | | | | |
| Prudential Financial, Inc. | A | div. | J | T | Buy | 9/2 | J | | |
| Republic Services, Inc. | A | div. | J | | | | | | |
| Schering Plough Corp. | A | div. | J | T | | | | | |
| Schlumberger LTD. | A | div. | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| St Paul Travelers Cos | A | div. | J | T | | | | | |
| Sunburst Bks Inc. | A | div. | J | T | | | | | |
| Target | A | div. | J | T | | | | | |
| Time Warner | A | div. | J | T | Buy | 11/3 | J | | |
| Travelers PPTY CAS CRP A | A | div. | J | T | | | | | |
| United Parcel Service | A | div. | J | T | Buy | 2/17 | J | | |
| Verizon Communications | A | div. | | | Sold | 8/3 | J | | |
| VF Corp. | A | Div. | | | Sold | 3/17 | J | | |
| CASH & EQUIVALENTS: | | | | | | | | | |
| CMA Money Fund | A | int. | K | T | | | | | |
| CMA Government Securities Fund | B | int. | J | T | | | | | |
| MUNICIPAL BONDS: | | | | | | | | | |
| Jackson, MS Pub Sch Dist | A | int. | K | T | | | | | |
| MS St Univ. EDL Bldg. CRP RV PWR OID FCIC JAN 04 03.500% Aug 01 13 | A | Int. | L | T | | | | | |
| MS St 5.5%10 GO UTX Due 9/1/10 | A | Int. | K | T | Buy | 12/9 | K | | |

21. Undivided 1/4 int. in ███ ac., ██████ Wilkinson Co., MS
Inherited 10/84 - Value at acquisition $250,000    D   rent   N   R

22. Undivided 1/20 int. in ███████ property, Adams Co., MS
Purchased 8/86 - Value at acquisition $23,000    None   K   R

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 23. Undivided int. in small tract known as ████ ████ Adams Co., MS Purchased 6/82 - Value at acquisition $5,000 | None | J | R | | | | | | |
| Additional 50% int. in ████ acres ████ ██ Tract Purchased 4/98 - Value at acquisition - $8,098) | None | J | R | | | | | | |
| Additional 50% int. in ████ acres, ████ Tract, ██ Tract Purchased 4/98 - Value at acquisition - $12,500 | None | K | R | | | | | | |
| Additional ██ acres in ████ ████ Tract Purchased 8/99 - Value at acquisition $16,895 | None | K | R | | | | | | |
| 24. Undivided 1/30 int. in property known as ████ ████ Wilkinson Co., MS - Purchased 10/87 - value at acquisition $60,000 | None | M | R | | | | | | |
| Additional 1/30 int. in acres known as ████ ████ Wilkinson Co., MS - Value at acquisition (2/99) $20,000 | None | K | R | | | | | | |
| 25. 100% ownership (in name of Orchard Corporation) of rental property known as ████████ Wilkinson Co., MS Inherited 1976 - Value at acquisition $65,000 | D | rent | L | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 26. Undivided 1/2 int. (in name of Three-Way Corp.) in commercial rental property, Wilkinson Co., MS, including service stations, automobile dealership and surrounding property - Inherited 1984 - Value at acquisition $25,000 | D | rent | K | R | | | | | |
| 27. Undivided 1/4 int. in family property incl. two 40- ac. lots and residence (includes ███ acres in Block-Square ██ Div. ██ Lots ██ and Part of ██ - Inherited 1984 - Value at acquisition $40,000 | E | rent | K | R | Ptl. Sale | 5/23 | | J | David Anscomb |
| 28. Small law office, ███████ Woodville, MS Inherited 1984 - Value at acquisition $12,000 | None | | J | R | | | | | |
| 29. Partnership interest in ███████ Bigbee Valley, MS - Inherited 1980 - Value at acquisition $200,000 | D | Farm Income | N | R | | | | | |
| 30. ██ ac. land Inherited 1980 - Value at acquisition $1,500 | None | | J | R | | | | | |
| 31. ██ int. in ██ ac. of timberland, Wilkinson Co., MS - Inherited 1984 - Value at acquisition $18,000 | None | | K | R | Oil Lease | 12/3 | | J | Roundtree & Assoc. |
| 32. ██ int. in ██ acres in ███████ Wilkinson Co. Inherited 1984 - Value at acquisition $13,500 | None | | J | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 33. Undivided int. in lands located in Noxubee Co., MS, as follows: ███████ ███████ac. Inherited 1983 - Value at acquisition $30,000 | A | Tree Farm | M | R | Oil Lease Bonus Timber Sale | 11/04 8/22 | J J | | SKH Management II, L.P. Southern Resources |
| 34. 1/2 int., ██ ac. ██ ██████ Lamar Co., AL Series of gifts 1983 - Value at acquisition $10,000 | None | L | R | | Timber Sale | 2/22 | M | | GA Pacific Belk, AL |
| 35. Undivided int. in ██████████ Pickens Co., Gift/Inherited 1983 - Value at acquisition $12,000 | None | J | R | | Ptl. Sale Ptl. Sale | 8/19 8/19 | K K | | Sara Knox Pierson Sara Knox Pierson |
| 36. 3/16th undivided int. ██████ Concordia Parish, LA Purchased 2/92 - Value at acquisition $35,000 | B | Rent | M | R | | | | | |
| Additional .033337 undivided interest ██████ ████in and to ██acres Purchased 8/04 - Value at acquisition $42,780 | B | Rent | K | R | | | | | |
| 37. Interest in ██████ ██████ Wilkinson Co., MS Purchased 3/92 - Value at acquisition $137,500 | B | Conservation Reserve Program | L | R | Buy | 10/13 | N | | Sara Knox Pierson |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 38. Various non-producing undivided ints. in oil, gas and other minerals in the following locations: | | | | | | | | | |
| Noxubee Co., MS | A | roy. | J | W | Oil | | | | Providence Royalties, LLC |
| Pickens County, AL | A | roy. | J | W | Lease 9/8 | | J | | |
| Tensas Parish, LA | A | roy. | J | W | | | | | |
| Concordia Parish, LA | A | roy. | J | W | | | | | |
| Adams Co., MS | A | roy. | J | W | | | | | |
| Wilkinson Co., MS | A | roy. | J | W | | | | | |
| 39. Producing minerals: ▮▮▮ Lamar Co., AL,Oper., ▮▮▮ ▮▮▮ roy. int. ▮▮ | A | roy. | J | W | | | | | |
| 40. Jefferson Co., MS: Buena Vista/C.P. and Buena Vista/Burkley-Anderson Oil Company | A | roy. | J | W | | | | | |
| 41. Wilkinson Co., MS: Ashland Oil Co. (now Plains Marketing), various ▮▮▮ | C | roy. | J | W | | | | | |
| 42. Wilkinson Co., MS: Texaco(now Ergon)-Cc. P. Long ▮▮▮ | A | roy. | J | W | | | | | |
| 43. Amite Co., MS: Waller Bros., Inc.(now J. P. Oil and Gungull Expl.) -Winnie Kepper, et al. | A | roy. | J | W | | | | | |
| 44. Wilkinson Co., MS: Prairie Prod. Co.-Hughes Eastern-Millbrook Unit Adams County, MSA | A | roy. | J | W | | | | | |
| 45. ANCOA-Parker 1-3 & SCBR1 | A | roy. | J | W | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure | | |
| | | | | | | | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 46. Wilkinson Co., MS: Hood-Goldsberry/D/O 3015-3020 | A | roy. | J | W | | | | | |
| 47. Wilkinson Co., MS: Pacific-Enterprises/J. Carter-A. Walker- D/O 82077 | A | roy. | J | W | | | | | |
| 48. .000032 working int. Odgon Unit Wells 2, 3 & 4 | A | int. | K | W | | | | | |
| 40. .0013646 royalty int. ▮▮▮▮▮▮ Wilkinson Co., MS CMRA 1 & 2 wells Threshold | B | roy. | J | W | | | | | |
| 50. Vac-Sharp-State Unit, Concordia Parish, LA - (McGowan Working Ptnrs.) | A | roy. | J | W | | | | | |
| 51. Undivided 30 net ac. int. in ▮▮▮▮▮ ▮Wilkinson Co., MS | | None | J | W | | | | | |
| 52. Producing minerals: Oxy-Well CMR-A-1, .0013646 working interest, Wilkinson County, MS | D | roy. | J | W | | | | | |
| 53. 1/6th interest in So. Canal Street Partnership. Partnership formed 1993 - Value at acquisition $50,000) | D | rent | K | R | | | | | |
| 54. ▮▮▮ acres in Wilkinson County, MS, lying in ▮▮▮▮▮ ▮▮▮▮ known as Buck Island - Value at acquisition (9/94) $1,600,000 | E | Rent & Timber | P1 | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 55. Lot 1/2 acre in size in ▆▆▆▆▆ Wilkinson County, MS Value at acquisition (10/94) $16,000 | | None | J | R | | | | | |
| Lot ½ acre in size in ▆▆▆▆▆ Wilkinson County, MS Purchased 9/00 - Value at acquisition - $17,000 | | None | K | R | | | | | |
| 56. 1/24th undivided int. in ▆▆▆▆▆ Adams County, MS - value at acquisition (2/94) $50,000) | | None | K | R | | | | | |
| 57. U. S. Government Bonds | | None | K | T | | | | | |
| 58. 10% mineral interest in ▆▆ acres in Sections ▆▆ and Sections ▆▆ Concordia Parish, LA | A | roy. | J | W | | | | | |
| Additional mineral int. in ▆▆ acres in ▆▆ Concordia Parish, LA | A | roy. | J | W | | | | | |
| 59. AmSouth Bank (formerly Deposit Guaranty) IRA Account: Washington Mutual Inv. Fund | A | div. | K | T | | | | | |
| U.S. Treas. Sec. Stripped Int. Pmt. Fixed Income | | none | J | T | | | | | |
| 60. 50% interest in Geoghegan Properties, L.P. | E | div. | P1 | T | Ptl. Sale | 8/19 | L | | Sara Knox Pierson |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.  INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 61. 50% int. in S.C.G. Properties, L. P., including ½ int. in lot owned in Town of Woodville behind Commerical Row and building thereon | E | Rent | L | T | Rent | 2005 | J | | BellSouth |
| 62. 0.045% partnership int. in Walters Group, Ltd. | D | div. | J | T | | | | | |
| 63. 1/2 int. in Hard Times, Inc., | E | rent | K | T | | | | | |
| 64. 2/5 int. in ███ ███ Wilkinson County, MS - Value at acquisition (9/97) $88,000 | | None | M | R | | | | | |
| Additional 20% int. in ███████ Wilkinson County, MS - 5/02 $75,000 | | None | L | R | Buy | 5/6 | L | | |
| 65. ███ acres, § ██████ ██████ Wilkinson County, MS - 11/98 and 3/01 - Value at acquisition $300,000 | | None | N | R | Timber Sale | 4/7 | L | | Good Hope, Inc. Southern Resources Co. |
| 66. AmSouth Bank (formerly Deposit Guaranty) Money Market Account | A | div. | K | T | | | | | |
| 67. World Wrestling Fedn Entmt, Inc. | A | div. | J | T | | | | | |
| 68. 1/4 int. in ███ acres, ███ Adams County, MS, known as the ███ Tract - Value at acquisition (1970) $5,000 | A | rent | J | R | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII.   INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | If not exempt from disclosure (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 69. 50% int. in Parcel No. ▓▓▓ Woodville, Wilkinson County, MS - Value at acquisition (1997) $40,000 | A | rent | K | R | | | | | |
| 70. Edward Jones Account: Cash and Money Market | A | div. | K | T | | | | | |
| 71. 1/16th int. in ▓▓▓ Wilkinson County, MS 12/2000 - Value at acquisition- 30,875 | | None | K | R | | | | | |
| 72. Undivided ▓ acres in ▓▓▓ Wilkinson County, MS 3/2000 - Value at acquisition - $67,000 | | None | L | R | | | | | |
| 73. 2/24 int. in ▓▓▓ Wilkinson County, MS - 7/01 $100,000 | | None | L | R | | | | | |
| 74. Undivided 10% of ▓ int. in ▓ acres, ▓▓▓ Wilkinson County, MS 3/02 - $30,231 | | None | K | R | | | | | |
| 75. Undivided int. in ▓▓▓ Wilkinson County, MS 3/02 - $30,231 | | None | J | R | | | | | |
| Undivided int. in ▓▓▓ Wilkinson County, MS 11/02 - $8,722 | | None | J | R | | | | | |
| 76. National Financial Services, LLC (IRA) | A | Int. | K | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BRAMLETTE, DAVID C., III | 5/11/06 |

## VII. INVESTMENTS AND TRUSTS - income, value, transactions.

| A. Description of Assets (including trust assets) | B. INCOME during reporting period | | C. GROSS VALUE at end of reporting period | | D. TRANSACTIONS during reporting period | | If not exempt from disclosure | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. 1 Code | (2) Type | (1) Value2 Code | (2) Value Method3 | (1) Type | (2) Date | (3) Value2 Code | (4) Gain1 Code | (5) Identity |
| 77. Munder Funds (Health-care Fund) | A | Int. | J | T | | | | | |
| 78. American Funds (Growth Fund) | | None | J | T | | | | | |
| 79. Britton & Koontz Bank CD | A | Int. | K | T | | | | | |
| 80. United Mississippi Bank CD | A | Int. | M | T | | | | | |
| 81. Undivided interest in oil, gas and other minerals (Alex Ventress) - ▮▮▮ Wilkinson County, MS | C | roy. | J | W | | | | | |
| 82. ▮▮▮ int. in Ferguson Tract, Wilkinson County, MS | | | | | Buy Sold | 6/25 7/1 | O O | F | Rowan Plantation L.P. Barry E. Bellue |
| 83. 1/3 int. in ▮▮▮ acres In Wilkinson County, MS | | None | N | R | Buy | 7/5 | N | | Rowan Plantation L.P. |